## SWIFT & CO. v. MUTUAL COMMISSION CO.

(Supreme Court, Appellate Term. November 29, 1907.)

COURTS—MUNICIPAL COURT OF NEW YORK CITY—APPEAL.

Where, on appeal under the provisions of Municipal Court Act, Laws 1902, p. 1578, c. 580, § 311, the undisputed affidavits show that no service was made on defendant, a judgment for plaintiff will be reversed.

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by Swift & Co. against the Mutual Commission Company. Judgment for plaintiff, and defendant appeals. Reversed.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

Beardsley & Hemmens, for appellant.

PER CURIAM. This appeal is taken by virtue of the provisions of section 311 of the Municipal Court act (Laws 1902, p. 1578, c. 580). The affidavits submitted are not disputed, and show that no service was made upon the defendant.

Judgment reversed, with costs, and complaint dismissed.